

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2014

No. 04-14-00744-CV

**IN THE INTEREST OF B.C., P.C., JR., AND A.C.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01143
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The clerk's record has been filed. However, the reporter's record, which was due November 3, 2014, has not yet been filed. Mr. David R. Zarate is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal.

    Texas Rule of Appellate Procedure 35.1(b) requires a court reporter to file a reporter's record in an accelerated appeal within ten days. TEX. R. APP. P. 35.1(b). Further, with regard to parental termination accelerated appeals, Rule 28.4(b)(2) states that while we may grant the court reporter an extension of time, "the extension or extensions granted must not exceed 30 days cumulatively, absent extraordinary circumstances." TEX. R. APP. P. 28.4(b)(2).

    Accordingly, Mr. Zarate is hereby ORDERED to file the reporter's record in this appeal no later than November 24, 2014.

    Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See* TEX. R. APP. P. 35.3(c).

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court